## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR243** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MARIA RODRIGUEZ-SANCHEZ,** | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 29). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

A review of the hearing transcript shows that Judge Gossett recommends that the motion should be granted with respect to the Defendant's statements given after *Miranda* warnings were given, and otherwise the motion should be denied.

A review of the docket also shows that in a Memorandum and Order (Filing No. 30) Judge Gossett denied the Defendant's motion to dismiss (Filing No. 16) and motion to dismiss or, in the alternative, to strike and for a bill of particulars (Filing No. 18). A de novo review was conducted under § 636(b)(1)(C), and Judge Gossett's Memorandum and Order, considered as his Findings and Recommendation, is adopted.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendations (Filing Nos. 29, 30) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 14) is granted in part and denied in part, in accordance with the Findings and Recommendation (Filing No. 29); and

3. The Defendant's motions to dismiss (Filing No. 16) and to dismiss or, in the alternative, to strike and for a bill of particulars (Filing No. 18) are denied.

DATED this 6th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge